UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE NEIL PIERCE,

    Plaintiff,

v.

                                        Case No. 1:19-cv-432

COMMISSIONER OF SOCIAL SECURITY,         HON. JANET T. NEFF

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 20). In addition, a purported stipulation regarding the instant motion was also filed (ECF No. 23). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 9, 2021, recommending that this Court grant the motion, and noting that the stipulation was disregarded. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 25) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 20) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $5,031.25 pursuant to the EAJA and that such be paid directly to Plaintiff.

2

**IT IS FURTHER ORDERED** that the Stipulation for Attorney Fees Under the Equal Access to Justice Act (ECF No. 23) is DISREGARDED for the reasons stated in the Report and Recommendation.


Dated: March 24, 2021 　　　　　　　　　　　　　　/s/ Janet T. Neff
　　　　　　　　　　　　　　　　　　　　　　　　JANET T. NEFF
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge